UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIEGO FABIAN TIGASI VEGA | No. 1:25-mj- |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian Rodriguez, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

I, Brian Rodriguez, have been employed as a Border Patrol Agent for over 6 years. I am currently employed at the Jackman Border Patrol Station. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several hundred smuggling events and arrested and interviewed hundreds of illegal aliens.

1. I make this affidavit in support of a Criminal Complaint charging DIEGO FABIAN TIGASI VEGA with one count of Eluding Inspection, in violation of Title 8, United States Code, Section 1325(a)(2). The information contained in this affidavit is based on my review of materials and reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a

Border Patrol Agent.

## STATEMENT OF PROBABLE CAUSE

2. On November 23, 2025, at approximately 9:47 a.m., USBP agents observed a roofing crew working in the town of Greenville, Maine. Outside of the worksite, agents observed a utility trailer with the roofing company's logo on it. USBP has frequently encountered this company though targeted enforcement operations and the work crews have been found to be made up in whole or in part of illegal aliens, often without permission to accept employment in the United States.

3. In addition to the utility trailer, a USBP agent observed a 2012 Kia Optima at the worksite. The vehicle's registration returned to an alien with no lawful permission to work in the United States. The agent reviewed photographs of this individual and observed that he was at the worksite.

4. At approximately 1:20 p.m., a USBP agent observed this individual along with several others approach the Kia Optima as if they were going to leave.

5. USBP decided to conduct an immigration inspection and attempted to stop the vehicle after it departed the worksite.

6. A USBP agent in uniform and in a marked Border Patrol vehicle with a visible emergency light encountered the Kia Optima and began following it. The agent observed the vehicle begin to drive erratically. The agent subsequently activated his emergency lights and siren and attempted to perform a stop. The vehicle slowed down as if it were coming to a stop, but then abruptly turned onto a road where it ultimately came to a stop. All five individuals ran from the car, scattering in different directions.

7. Other USBP agents along with local and state assets, including a Maine State Police helicopter, responded to the area. After an approximately two-hour extensive

search over rough terrain and deep snow agents were able to locate two individuals, including the defendant.

8. Both subjects were taken back to the Jackman Border Patrol station for further processing.

9. At the station, the defendant agreed to answer questions. He stated he is a citizen of Ecuador and illegally entered the United States approximately three years ago by crossing a river near Texas. He also admitted he was not in possession of any documents that would allow him to legally enter, pass through, or remain in the United States.

10. He further stated that he has worked while in the United States, primarily in the roofing industry. He used the money he earned from working to pay for rent, food, and other living expenses.

11. A record check performed by USBP revealed that the defendant has no criminal history and no subsequent contact with USBP since August 12, 2022, when he was apprehended in Texas and processed under Title 42. Further, the defendant does not have any immigration petitions pending.

12. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe DIEGO FABIAN TIGASI VEGA has violated Title 8, United States Code, Section 1325(a)(2).

I, Brian Rodriguez, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Brian Rodriguez,
Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Nov 26 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title

4