# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIEGO FABIAN TIGASI VEGA | No. 1:25-mj-00399-JCN |

## GOVERNMENT'S MOTION TO STAY ORDER OF DISCHARGE

The United States of America, by and through its attorneys, Andrew B. Benson, United States Attorney for the District of Maine, and Raphaelle A. Silver, Assistant United States Attorney, respectfully moves that the Court stay the Order of Discharge entered on December 12, 2025.

On December 12, 2025, the Court granted the Defendant's motion to dismiss the complaint. (Dkt. # 18.) Later on, December 12, 2025, the Court issued an order discharging the Defendant. (Dkt. #19.) Government counsel has been informed that the order of discharge has been sent to the U.S. Marshals Service. It is the government's understanding that custody of the defendant has been transferred to U.S. Border Patrol pending deportation proceedings. The defendant remains housed at the Somerset County Jail and has not yet been released from custody.

The government has filed a notice of appeal under 18 U.S.C. § 3731 as to the Court's Order dismissing the complaint. The government requests that the Court stay its order of discharge, so that the Court may consider whether the Defendant should be detained or released pending the government's appeal. *See* 18 U.S.C. § 3143(c)

(providing standard for the detention or release of a defendant pending appeal by the government).

For the foregoing reasons, the government respectfully requests that the Court stay the order of discharge entered on December 12, 2025.

                                                 Respectfully submitted,

                                                 ANDREW B. BENSON
                                                 UNITED STATES ATTORNEY

                                                 <u>/s/ Raphaelle A. Silver</u>
                                                 Assistant United States Attorney
                                                 U.S. Attorney's Office
                                                 202 Harlow Street, Ste. 11
                                                 Bangor, Maine 04401
                                                 (207) 945.0373
                                                 raphaelle.silver@usdoj.gov

Dated: December 12, 2025

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed this **Government's Motion to Stay Order of Discharge** with the Clerk of Court using the CM/ECF system which will send notifications of such filing(s) to the following:

Matthew Erickson, Esq.

                                              ANDREW B. BENSON
                                              UNITED STATES ATTORNEY

                                              /s/ Raphaelle A. Silver
                                              Assistant United States Attorney
                                              U.S. Attorney's Office
                                              202 Harlow Street, Ste. 11
                                              Bangor, Maine 04401
                                              (207) 945.0373
                                              raphaelle.silver@usdoj.gov