# United States Court of Appeals
## For the First Circuit

No. 25-2199

UNITED STATES,

Appellant,

v.

DIEGO FABIAN TIGASI VEGA,

Defendant - Appellee.

**JUDGMENT**

Entered: January 28, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Raphaelle A. Silver
Lindsay Feinberg
Matthew S. Erickson
Jamesa J. Drake